IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA   *
                           *
Plaintiff                  *   Civil No. 96-1766(SEC)
                           *
v.                         *   Foreclosure of Mortgage
                           *
RODECIO DE CARABALI, INC., et al.   *
                           *
Defendants                 *
**********************************

## ORDER OF CANCELLATION OF JUNIOR LIENS

Upon motion by José Ramón Díaz Pastrana (**Docket # 23**), and after having been duly advised of the facts in this case, the Court hereby

**ORDERS** that the following liens be and are hereby cancelled:

HIPOTECA: en garantía de un pagaré a favor de American Contractors Corporation, por la suma de $350,000.00 con intereses al 12% anual, pagadero en 27 plazos mensuales consecutivos comenzando en junio del mismo año, tasada en $700,000.00 según consta de la escritura # 52 otorgada en San Juan el 1 de mayo de 1990 ante el notario Freddie Berríos Pérez, inscrita al folio 139 del tomo 185 de Luquillo, finca número 10,128, inscripción tercera.

OBSERVACION: Antepuesta dicha Hipoteca pasando a rango de segunda hipoteca.

HIPOTECA: en garantía de un pagaré a favor de Ramón Díaz Guzmán y su esposa Nilda Belén Pastrana Fernández, por la suma de $60,000.00 con intereses al 10% anual, vence el 1 de septiembre de 2002, tasada en $60,000.00 según consta de la escritura # 59 otorgada en San Juan, Puerto Rico, el día 4 de septiembre de 1987 ante el notario público José Francisco Soto, inscrita al folio 138 del tomo 185 de Luquillo, finca 10,128, inscripción primera.

HIPOTECA: en garantía de un pagará a favor de Small Business Administration, o a su orden, por la suma de $155,800.00, con intereses al 4% anual, vence en o antes de 25 años desde la fecha del otorgamiento del pagaré, tasada en $155,800.00 según consta de la escritura númer 48 otorgada en Carolina el 23 de noviembre de 1990 ante el notario público Miguel R. Calderón Rivera, inscrita al folio 139 vuelto del tomo 185 de Luquillo, finca número 10,128, inscripción cuarta.

AO 72A
(Rev. 8/82)

**Civil No. 96-1766(SEC)**                                                                                               2

It is **FURTHER ORDERED** that the Clerk of the Court issue a writ of cancellation of junior liens ordering the Property Registrar of the Property Registry of Luquillo, Puerto Rico, to cancel the liens herein described from the records of the Registry, insofar as it affects the real property herein described.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge